429 A.2d 739

Commonwealth v. Nicholson, Appellant.
Petition for Allowance of Appeal Denied June 18, 1981.

Argued March 17, 1980.
Jeffrey Staniels, Assistant Public Defender, for appellant;
Andrew Cohen, Assistant District Attorney, for Common-
wealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.